UNITED STATES *v.* CAREY & SKINNER, INC.

No. 4744.—Invoice dated Toronto, Canada, October 12, 1937.
Entered at Niagara Falls, N. Y., October 16, 1937.
Entry No. NF 1444.

Third Division, Appellate Term

(Decided February 26, 1940)

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney) for the appellant.
*Tompkins & Tompkins* (*Allerton deC. Tompkins* of counsel) for the appellee.

Before CLINE, EVANS, and KEEFE, Judges; EVANS, J., not participating

CLINE, Judge: This application for review, having been formally abandoned, is hereby dismissed. Judgment will be rendered accordingly.